IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EDWARD SUMMERS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

v.

CASE NO. 1D17-3385

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed November 2, 2017.

An appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

Edward Summers, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, KELSEY, and M.K. THOMAS, JJ., CONCUR.